

# MEMORANDUM

**To:** Honorable John W. Lungstrum
Senior U.S. District Court Judge

**From:** Chris McNiel
Senior U.S. Probation Officer

**Reviewed:** Bryce Beckett
Supervising U.S. Probation Officer

**Re:** **WATKINS, Donald**
2:05CR20118-001

**Date:** January 31, 2014

On 07/10/2006, Donald Ray Watkins was sentenced to 87 months custody to be followed by 48 months supervised release subsequent to the conviction for Possession with Intent to Distribute 500 Grams or More of Cocaine. In addition to standard and special conditions, the defendant was ordered to pay a $15,000 fine. Interest in this case was not waived.

On 11/23/2013, Mr. Watkins released from custody to begin serving his term of supervised release. At the time of sentencing, Mr. Watkins had real estate equity in the amount of $16,000 and net worth rested at $9,059. Since then, his home loans were foreclosed and a recent credit report showed outstanding debt in the amount of $77,919. Additionally, he owes child support which is garnished from his paycheck. He currently earns $8.50 an hour in his position with Office Depot. A recent check stub revealed net earnings of $222.79.

The defendant has satisfied a portion of the fine in the amount of $4,076.41. However, due to the interest, his total outstanding balance is $15,957.28. Because of the aforementioned financial status, this officer recommends the interest in this case be waived.

It is respectfully requested that the Court note below whether it concurs or does not concur with the recommendation to waive all accrued and accruing interest in this case.

The Court Concurs____X_____

The Court Does Not Concur_____

Signed__s/ John W. Lungstrum_____ Date_____February 3, 2014_____